```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602008525
Cashier ID: christin
Transaction Date: 01/21/2009
Payer Name: ARENDALL LAW FIRM
------------------------------------
CIVIL FILING FEE
 For: ARENDALL LAW FIRM
 Case/Party: D-ALM-3-09-CV-000045-001
 Amount:         $350.00
------------------------------------
CHECK
 Remitter: ARENDALL LAW FIRM INC
 Check/Money Order Num: 10943
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

DALM309CV45-WKW

ROBERTS V DOLGEN CORP
```

**SCANNED**

01/21/09