Summons in a Civil Action

---

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

TIFFANY ROBERTS

       PLAINTIFF,

V.

DOLGENCORP, INC.,
d/b/a Dollar General,

       DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**
Case Number: 3:09 cv 45 -WKW

TO:   Dolgencorp, Inc. d/b/a Dollar General
c/o CSC-Lawyers Incorporating Service
150 S. Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEYS (Name and address):

       David R. Arendall
       Allen D. Arnold
       Arendall & Associates
       2018 Morris Avenue, Third Floor
       Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

1/22/09

DATE